**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TONY FRENCH, | No. 12-36038 |
| Plaintiff - Appellant, | D.C. No. 2:11-cv-01108-JO |
| v. | |
| SNAKE RIVER CORRECTIONAL INSTITUTION; T. PAYNE, Officer, | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Oregon
Robert E. Jones, District Judge, Presiding

Submitted September 24, 2013[**]

Before:     RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

Oregon state prisoner Tony French appeals pro se from the district court's

judgment in his 42 U.S.C. § 1983 action alleging violations of his First and Eighth

Amendment rights.  We have jurisdiction under 28 U.S.C. § 1291.  We review de

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

novo a dismissal for failure to exhaust administrative remedies and for clear error any underlying factual findings. *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir. 2003). We affirm.

The district court properly dismissed French's action without prejudice because French did not properly exhaust his administrative remedies before filing suit. *See Woodford v. Ngo*, 548 U.S. 81, 93-95 (2006) (holding that "proper exhaustion" is mandatory and requires adherence to administrative procedural rules). French's argument on appeal that his grievances and related papers were "mysteriously" lost is unpersuasive.

**AFFIRMED.**